In re _Robert John Benditzky_____ ,    Case No. _12-29246_
                      Debtor(s)                                            (if known)

# SCHEDULE B-PERSONAL PROPERTY
## Amended 09/10/2012

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | None | Description and Location of Property | Husband--H<br>Wife--W<br>Joint--J<br>Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash on hand<br>Location: In debtor's possession | J | $250.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking account - Bank Financial<br>Location: In bank's possession. | H | $150.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Miscellaneous household goods and furniture<br>Location: In debtor's possession | J | $500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Miscellaneous used books and family pictures<br>Location: In debtor's possession | J | $250.00 |
| 6. Wearing apparel. | | Miscellaneous men's clothing<br>Location: In debtor's possession | H | $500.00 |
| 7. Furs and jewelry. | | Wedding ring<br>Location: In debtor's possession | H | $500.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Robert Benditzky ILIT<br>Location: In debtor's possession | H | $46,825.00 |

In re **Robert John Benditzky**,     Case No. **12-29246**
            Debtor(s)                                                     (if known)

# SCHEDULE B-PERSONAL PROPERTY
## Amended 09/10/2012
(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H<br>Wife--W<br>Joint--J<br>Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | *IRA - Citibank C3007397* | H | $116,099.00 |
| | | *Roth IRA - Citibank C3008593*<br><br>*Location: With broker.* | H | $104,993.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | *100% Membership interest in Envision Equity Group, LLC, which owned 1210 Redwood* | H | $0.00 |
| | | *Fractional Real Estate Interests*<br>*Debtor owns a 1/3 direct or indirect interest in the following (which may not be validly organized entities):Trident Equities Series LLC (and all cells); Capital B Holdings Corporation; and Various land trusts*<br>*See Exhibit B 13 for a detailed listing of entities and properties such entities owned.*<br>*Location: In debtor's possession* | | $0.00 |
| | | *Global Wind, LLC f/k/a IWT, LLC*<br>*membership interest unknown*<br>*Wind power company that is unable to operate due to a lack of capital*<br>*Location: In debtor's possession* | H | $0.00 |
| | | *49.5% memebership interest in Helen Benditzky, LLC, which is the general partner of Helen Benditzky Family Limited Partnership,and owns 1% of the Helen Benditzky Family Limited Partnership*<br><br>*Location: In debtor's possession* | H | $0.00 |

In re **Robert John Benditzky** , Case No. **12-29246**
　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE B-PERSONAL PROPERTY
## Amended 09/10/2012
(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H / Wife--W / Joint--J / Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | *membership interest in JB Investments + Holdings, LLC*<br>*No assets, no operations. Previously owned 2 properties which have been foreclosed property foreclosed*<br>*Location: In debtor's possession* | H | $0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | | *limited partnership interest in Helen Benditzky FLP*<br><br>*Location: In debtor's possession* | H | $80,000.00 |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | | *Loan to Rob Baron*<br>*Amount of Loan: $70,000.00*<br>*Uncollectable*<br>*Location: In debtor's possession* | H | $0.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | | *Beneficiary of Robert J Benditzky Trust, which owns the properties listed on Exhibit B19 attached*<br>*Location: In debtor's possession* | H | $0.00 |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

Page   3   of   4

In re _Robert John Benditzky_ ,                                                Case No. _12-29246_
                           Debtor(s)                                                            (if known)

# SCHEDULE B-PERSONAL PROPERTY
## Amended 09/10/2012
(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H<br>Wife--W<br>Joint--J<br>Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | | _2000 Toyota Camry_<br>_Location: In debtor's possession_ | H | $4,500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | _Used computers, printer and office equipment_<br>_Location: In debtor's possession_ | H | $500.00 |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Page _4_ of _4_                                           Total ➡       $355,067.00

**(Report total also on Summary of Schedules.)**
Include amounts from any continuation sheets attached.