B6F (Official Form 6F) (12/07)

In re _Robert John Benditzky_____ , Case No. _12-29246_
                      **Debtor(s)**                            (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## Amended 09/10/2012

    State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules, and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No. 0948 <br> *Creditor # : 1* <br> *Advanta Credit Cards* <br> *PO Box 31032* <br> *Tampa FL 33631-3328* | | J | 11/4/11 <br> *Debt of corporation* <br> *Disputed personal liability of* <br> *Trident Investing LLC's debt* | | | X | $ 13,300.00 |
| Account No. 5212 <br> *Creditor # : 2* <br> *Citibank, N.A.* <br> *1000 Technology Dr.* <br> *O Fallon MO 63368-2240* | X | | 09/29/11 <br> *Miscellaneous personal charges* <br> *Personal liability for corporate debt* | | | X | $ 48,161.03 |
| Account No. 5212 <br> *Representing:* <br> *Citibank, N.A.* | | | *Blatt,Hasenmiller,Leibsker,Moo* <br> *125 S. Wacker Dr.* <br> *Suite 400* <br> *Chicago IL 60606* | | | | |

_4_ continuation sheets attached

                                                                                              Subtotal $ | $ 61,461.03

**Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re *Robert John Benditzky*, Case No. *12-29246*
**Debtor(s)** (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## Amended 09/10/2012
(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: *83-3*<br>*Creditor # : 3*<br>*CitiMortgage*<br>*PO Box 6243*<br>*Sioux Falls SD 57117* | | *3/1/06* | | | | *$ 320,832.00* |
| Account No: *1365*<br>*Creditor # : 4*<br>*CitiMortgage*<br>*PO Box 6243*<br>*Sioux Falls SD 57117* | | *Mortgage foreclosure deficiency* | | | | *$ 96,000.00* |
| Account No: *1365*<br>*Representing:*<br>*CitiMortgage* | | *Trott & Trott*<br>*341440 Northwestern Highway*<br>*Ste. 200*<br>*Farmington MI 48334* | | | | |
| Account No: *6143*<br>*Creditor # : 5*<br>*CitiMortgage*<br>*P.O. Box 6243*<br>*Sioux Falls SD 57117* | X | *July 21, 2011*<br>*Mortgage foreclosure deficiency* | | | X | *$ 87,838.33* |
| Account No: *6143*<br>*Representing:*<br>*CitiMortgage* | | *Trott & Trott: A PC*<br>*341440 Northwestern Highway,*<br>*Ste. 200*<br>*Farmington MI 48334* | | | | |

Sheet No. _1_ of _4_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ *$ 504,670.33*

Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert John Benditzky**, Case No. **12-29246**
**Debtor(s)** (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## Amended 09/10/2012
(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: 8930<br>Creditor # : 6<br>City of Chicago<br>8212 Innovation Way<br>Chicago IL 60682-0082 |  | J — October 5, 2011<br>Utilities<br>Personal liability for corporate debt (Trident Equities LLC) |  |  | X | $ 2,098.70 |
| Account No: 6881<br>Creditor # : 7<br>First Midwest Bank<br>330 N. Wabash, Suite 1700<br>Chicago IL 60611 | X | Corporate debt<br>liability for mortgage deficiency | X |  |  | $ 182,086.00 |
| Account No:<br>Creditor # : 8<br>FirstMerit Bank N.A.<br>295 First Merit Circle Mtg. 25<br>Akron OH 44307 | X | November 30, 2010<br>Mortgage foreclosure deficiency<br>Case #s 10 CH 50887, 10 CH 50891, 10 CH 5900 |  |  | X | Unknown |
| Account No:<br>Representing:<br>FirstMerit Bank N.A. |  | Ari J. Rosenthal<br>300 S. Wacker Drive<br>Suite 2450<br>Chicago IL 60606 |  |  |  |  |
| Account No:<br>Representing:<br>FirstMerit Bank N.A. |  | Karen Halm-Lutterodt<br>300 S. Wacker Drive<br>Suite 2450<br>Chicago IL 60606 |  |  |  |  |

Sheet No. **2** of **4** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ **$ 184,184.70**

Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert John Benditzky**, Case No. **12-29246**
Debtor(s) (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## Amended 09/10/2012
(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: **Creditor # : 9** IBM Lender Bus. Process Servic PO Box 4121 Beaverton OR 97076 | | Current balance Mortgage Deficiency after foreclosure of property | | | | $ 68,699.00 |
| Account No: Representing: IBM Lender Bus. Process Servic | | Seterus 14523 SW Millikan Way #200 Beaverton OR 97005 | | | | |
| Account No: **Creditor # : 10** JP Morgan Chase Bank Bankruptcy Dept. One First National Plaza Chicago IL 60670 | X | Guarantee of corporate debt | X | | | $ 103,510.00 |
| Account No: Representing: JP Morgan Chase Bank | | Jay K. Levy & Associates PO Box 1181 Evanston IL 60201-1181 | | | | |
| Account No: **2604** **Creditor # : 11** PNC BANK, N.A. 2730 Liberty Ave. P5-PCLC-A2-C Pittsburgh PA 15222-4719 | | Morgage forclosure defciency | | | | $ 107,000.00 |

Sheet No. **3** of **4** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $  **$ 279,209.00**

Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

**B6F (Official Form 6F) (12/07)  - Cont.**

In re *Robert John Benditzky*                                              ,  Case No. *12-29246*
            **Debtor(s)**
                                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## Amended 09/10/2012
(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 0781<br>Creditor # : 12<br>PNC BANK, N.A.<br>2730 Liberty Ave.<br>P5-PCLC-A2-C<br>Pittsburgh PA 15222-4719 | X | H | 01/21/11<br>Corporate debt<br>Personal liability for corporate debt/line of credit | | | X | $ 93,267.63 |
| Account No: 3356<br>Creditor # : 13<br>ShoreBank k\n\a Urban Partnership Bank<br>7054 S. Jeffery Blvd<br>Chicago IL 60649 | X | H | various<br>Corporate debt | | | | $ 54,415.00 |
| Account No: 3361<br>Creditor # : 14<br>Shorebank k/n/a Urban Partnership Bank<br>75 Remittance Drive<br>Chicago IL 60675-6514 | X | | Corporate debt | | | | $ 67,831.00 |
| Account No: | | | | | | | |
| Account No: | | | | | | | |

Sheet No. *4* of *4* continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                **Subtotal $**   *$ 215,513.63*

                                                **Total $**   *$ 1,245,038.69*

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related