## Exhibit B13
## Trident Equities, LLC Series

| Property | Record Owner | Beneficiary/Member |
|---|---|---|
| 2634 E. 74th Place | 74th Place #2634 Land Trust | Trident Equities, LLC<br>2634 E. 74th Place Series |
| 8330 S. Anthony | S. Anthony #8330 Land Trust | Trident Equities, LLC<br>8330 S. Anthony Series |
| 8103 S. Burnham | Trident Equities, LLC<br>8103 S. Burnham Series | Trident Equities, LLC<br>Burham Series |
| 8726 S. Crandon | Trident Equities, LLC<br>8726 S. Crandon Series | Trident Equities, LLC<br>Crandon Series |
| 8008 S. Manistee | Capital B. Holdings Corp.<br>as trustee of S. Manistee #8008<br>Land Trust | Trident Equities, LLC<br>8008 S. Manistee Series |
| 8011 S. Manistee | S. Manistee #8011 Land Trust | Trident Equities, LLC<br>8011 S. Manistee Series |
| 8103 S. Muskegon | S. Muskegon #8103 Land Trust | Trident Equities, LLC<br>8103 S. Muskegon Series |
| 8101 S. Muskegon | S. Muskegon #8101 Land Trust | Trident Equities, LLC<br>8101 S. Muskegon Series |

All of the above properties have been sold by short sale with the consent of the mortgagee, First Midwest Bank.

| Property | Record Owner | Beneficiary/Member |
|---|---|---|
| 126 W. 110th Place | Trident Equities, LLC<br>126 W. 110th Place Series | Trident Equities, LLC<br>126 W. 110th Place Series<br>Jon J. Bowers, Robert M.<br>Baron & Debtor |
| 12334 S. Lowe | Trident Equities, LLC<br>12334 S. Lowe Series | Trident Equities, LLC<br>12334 S. Lowe Series<br>Jon J. Bowers, Robert M.<br>Baron & Debtor |

See additional properties listed on Statement of Financial Affairs, Question No. 6.

HB4436