# EXHIBIT B19

# ROBERT J. BENDITZKY TRUST

15%  membership interest in Lone Star Properties #1, LLC
    Owns 3.57% membership interest in TLG Town Oaks, LLC

67.5%  membership interest in Lone Star Properties #2, LLC
    Owns 5.36% membership interest in TLG Ashley Park, LLC

32.5% membership interest in Pelican Properties #1, LLC
    Owns 3.41% membership interest in TLG Southfield, LLC

50% membership interest in R & R Investments, LLC
    Owns 100% of 2440 W. Lexington, Chicago, IL

100% membership interest in Stone Creek, LLC
    Owns 4.6% membership interest in Stonecreek Apartments, LLC

50%  membership interest in Trident Investing, LLC
    Owns 20% membership interest in TRI-11945 S. Eagleston, LLC

33% membership interest in Trident Equities, LLC
    Owns properties listed on Exhibit B13

H75237