IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) No. 12-29246 |
| | ) |
| ROBERT BENDITZKY | ) Chapter 7 Bankruptcy |
| Debtor. | ) |
| | ) Judge A. Benjamin Goldgar |
| | ) |
| | ) Hearing Date:  August 12, 2013 |
| | ) Hearing Time   9:30 a.m. |

## NOTICE OF MOTION

TO:    See Attached Service List

PLEASE TAKE NOTICE that on August 12, 2013 at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable A. Benjamin Goldgar, Bankruptcy Judge, in courtroom 642, in the United States Courthouse, 219 S. Dearborn St., Chicago, Illinois, or in his absence, before such judge who may be sitting in his place and stead and hearing bankruptcy motions, and shall then and there present the following:

**MOTION TO ABANDON PROPERTY**

a copy of which is attached hereto.

AT WHICH TIME AND PLACE you may appear if you so see fit.

/s/ Richard H. Fimoff
Attorney for the Debtor

Richard H. Fimoff (#804886)
Robbins, Salomon & Patt, Ltd.
180 N. LaSalle Street
Suite 3300
Chicago, IL 60602
312/782-9000
rfimoff@rsplaw.com

IJ6105

## CERTIFICATE OF SERVICE

Richard H. Fimoff certifies that he caused to be served a true copy of the above and foregoing notice and attached motion upon:

- **Joseph E Cohen**   jcohen@cohenandkrol.com, jcohen@ecf.epiqsystems.com;jcohenattorney@aol.com

- **Joseph E Cohen**   jcohen@cohenandkrol.com, jcohen@ecf.epiqsystems.com;jcohenattorney@aol.com

- **Richard H Fimoff**   rfimoff@rsplaw.com, fb@rsplaw.com

- **Gina B Krol**   gkrol@cohenandkrol.com, gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;jhazdra@cohenandkrol.com;pmchugh@cohenandkrol.com

- **Patrick S Layng**   USTPRegion11.ES.ECF@usdoj.gov

- **Thomas M Lombardo**   tlombardo@ginsbergjacobs.com

- **Amanda E Losquadro**   alosquadro@chuhak.com, mvasquez@chuhak.com

- **M. Gretchen Silver**   ustpregion11.es.ecf@usdoj.gov, gretchen.silver@usdoj.gov;denise.delaurent@usdoj.gov;maria.e.yapan@usdoj.gov

- **Timothy R Yueill**   timothyy@nevellaw.com

via electronically filing the foregoing with the Clerk of the Court using the CM/ECF system on July 18, 2013, and via regular mail on July 18, 2013, to all creditors at the addresses listed.

                                                             /s/Richard H. Fimoff

IJ6105

Advanta Credit Cards
PO Box 31082
Tampa, FL 33631-3328

Blatt,Hasenmiller,Leibsker,Moo
125 S. Wacker Dr.
Suite 400
Chicago, IL 60606

Citibank, N.A.
1000 Technology Dr.
O Fallon, MO 63368-2240

CitiMortgage
P.O. Box 6243
Sioux Falls, SD 57117

CitiMortgage
PO Box 6243
Sioux Falls, SD 57117

City of Chicago
8212 Innovation Way
Chicago, IL 60682-0082

First Midwest Bank
330 N. Wabash, Suite 1700
Chicago, IL 60611

FirstMerit Bank N.A.
295 First Merit Circle Mtg. 25
Akron, OH 44307

Ari J. Rosenthal 300
S. Wacker Drive Suite
2450
Chicago, IL 60606

Karen Halm-Lutterodt
300 S. Wacker Drive
Suite 2450
Chicago, IL 60606

IBM Lender Bus. Process Servic
PO Box 4121
Beaverton, OR 97076

Jay K. Levy & Associates
PO Box 1181
Evanston, IL 60201-1181

John Bowers
2049 W. Cullom Ave.
Chicago, IL 60618

IJ6105

JP Morgan Chase Bank
Bankruptcy Dept.
One First National Plaza
Chicago, IL 60670

PNC BANK, N.A.
2730 Liberty Ave.
P5-PCLC-A2-C
Pittsburgh, PA 15222-4719

R & R Investments#1, LLC
781 Midlothian Road
#112
Mundelein, IL 60060-2686

Robert Baron
2218 W. Eastwood Ave.
Unit 1
Chicago, IL 60625

Seterus
14523 SW Millikan Way #200
Beaverton, OR 97005

Shorebank k/n/a Urban Partnership Bank
75 Remittance Drive
Chicago, IL 60675-6514

Trident Equities LLC
Box 112
781 S. Midlothian
Mundelein, IL 60060

Trott & Trott: A PC
341440 Northwestern Highway,
Ste. 200
Farmington, MI 48334

IJ6105

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: | ) No. 12-29246 |
| | ) |
| ROBERT BENDITZKY | ) Chapter 7 Bankruptcy |
| Debtor. | ) |
| | ) Judge S. Benjamin Goldgar |
| | ) |
| | ) Hearing Date: August 2, 2013 |
| | ) Hearing Time: 9:30 a.m. |

## MOTION TO HAVE TRUSTEE ABANDON PROPERTY

Robert Benditzky ("Debtor"), Debtor herein, by his attorneys, Robbins, Salomon & Patt, Ltd., hereby moves this Court for an order directing the Trustee herein, Joseph Cohen, to abandon this estate's right, title and interest in and to the assets of the Debtor consisting of a membership interest in Trident Equities, LLC, ("Trident") an Illinois limited liability company, and in support hereof, Debtor respectfully states as follows:

1. On July 24, 2012, Debtor filed his voluntary petition herein seeking relief under Chapter 7 of the Bankruptcy Code [Docket No. 1].

2. Mr. Joseph Cohen was appointed Trustee herein and continues to act as the Chapter 7 Trustee herein.

3. Among the assets the Debtor scheduled herein was his membership interest in Trident. [Docket No. 15, Schedule B (13)]

4. Debtor's membership interest represents 33.3 % of the ownership of Trident. The other members of Trident are Robert Baron and Jon J. Bowers.

5. Trident holds title, directly or indirectly, to 8 improved real estate parcels ("Trident Properties"), identified on Exhibit 1. Each of the Trident Properties is encumbered by mortgages securing notes in favor of 1st Merit Bank, all as detailed on Exhibit 1. There have been defaults in

IJ6067                                                             1

each of the mortgage loans and the Bank has filed Verified Complaints to Foreclose Mortgage and other Relief in the Circuit Court of Cook County, County Department-Chancery Division (the "**Complaints**"), under Case Nos. 10 CH 50887, 10 CH 50891 and 10 CH 50900, which matters are currently pending in the Circuit Court of Cook County.

6. Robert Baron, one of Trident's members, has previously filed bankruptcy. See: 12- 35226

7. Trident has negotiated a settlement with the Bank respecting the mortgage indebtedness and pending litigation. The settlement is incorporated in a settlement agreement and arm's-length affidavit, which are attached hereto as Exhibit 2. Essentially, the settlement consists of a short sale without deficiency. Trident is required to sell the Trident Properties to a third party, unrelated to Trident or its members, and pay the sale proceeds to the Bank. In exchange for receiving the net sale proceeds, the Bank is agreeing to release its mortgages against the Trident Properties, and to waive any deficiency due by Trident or its members.

8. The Bank requires that all of the members of Trident, including Debtor or his bankruptcy estate, sign the settlement agreement. Debtor's counsel has discussed this matter with the Trustee, and the Trustee has declined to execute the settlement agreement.

9. Debtor submits that his membership interest in Trident has no value to this estate or his creditors. If this settlement is not concluded the Trident Properties will be lost in foreclosure and Debtor's estate will be exposed to a substantial deficiency claim. However, if Debtor's membership interest is abandoned and Debtor can execute the settlement agreement, the Bank's deficiency claim would be eliminated.

10. Debtor believes that it is in the best interest of this estate and its creditors to abandon all interest in and to the Debtor's membership interest in Trident to eliminate a substantial

IJ6067                                                                 2

deficiency claim against this estate, thereby diluting any distribution to Debtor's other creditors.

11. Section 554(b) of the Bankruptcy Code provides:

"(b) On request of a party in interest and after notice and a hearing, the court may order the trustee to abandon any property of the estate that is burdensome to the estate or that is of inconsequential value and benefit to the estate." 11 USC 554(b)

12. Pursuant to Federal Rules of Bankruptcy Procedure, Rule 6007(a) notice of this motion has been given to the United States Trustee, the interim trustee and all creditors, in the form of notice attached hereto as Exhibit 3.

13. Pursuant to Local Rule 402L attached hereto as Exhibit 4 is a proposed order.

WHEREFORE, Robert Benditzky, Debtor herein, respectfully prays that this court enter an order:

A. Authorizing and directing Joseph Cohen, the interim trustee herein, to immediately abandon to the Debtor all of this estate's right, title and interest in and to Debtor's membership interest in Trident Equities, LLC, an Illinois limited liability company;

B. Authorizing Joseph Cohen, the interim trustee herein, to execute and deliver such documents, and take such actions as may be necessary to effectuate the abandonment of such property; and,

C. Granting Debtor such other and further relief as is just.

Respectfully submitted,

**ROBERT BENDITZKY**

By: /s/Richard H. Fimoff
One of her Attorneys

Richard H. Fimoff, (804886)
Robbins, Salomon & Patt, Ltd.

IJ6067                                   3

180 N. LaSalle Street, Ste. 3300
Chicago, Illinois 60602
312-782-9000
rfimoff@rsplaw.com

IJ6067                               4