# EXHIBIT 1

EXHIBIT 1 TO MOTION TO ABANDON

A.  That certain (i) Business Loan Agreement dated as of April 11, 2008 by and among Borrower and Lender; (ii) that certain Promissory Note dated as of April 11, 2008, payable to the order of Lender, in the maximum principal amount of Eighty Eight Thousand and 00/100 Dollars ($88,000.00) ("**131 W. 112th St. Note**"); (iii) that certain Mortgage dated as of April 11, 2008, made by Borrower for the benefit of Lender and recorded on April 21, 2008, in the Recorder's Office of Cook County, Illinois (the "**Recorder's Office**") as Document Number 0811211147, as assigned by that certain Assignment of Mortgage dated as of November 23, 2010 and recorded on December 14, 2010 in the Recorder's Office as Document No. 1034803064 (collectively herein, the "**131 W. 112th St. Mortgage**"), encumbering certain real property, commonly known as 131 W. 112th Street, Chicago, Cook County, Illinois ("**131 W. 112th St. Property**");

B.  That certain (i) Business Loan Agreement dated as of April 15, 2008 by and among Borrower and Lender; (ii) that certain Promissory Note dated as of April 15, 2008, payable to the order of Lender, in the maximum principal amount of One Hundred Sixteen Thousand and 00/100 Dollars ($116,000.00) ("**23 W. 112th St. Note**"); (iii) that certain Mortgage dated as of April 15, 2008, made by Borrower for the benefit of Lender and recorded on April 28, 2008, in the Recorder's Office as Document Number 0811905060, as assigned by that certain Assignment of Mortgage dated as of November 23, 2010 and recorded on December 14, 2010 in the Recorder's Office as Document No. 1034803058 (collectively herein, the "**23 W. 112th St. Mortgage**"), encumbering certain real property, commonly known as 23 W. 112th Street, Chicago, Cook County, Illinois ("**23 W. 112th St. Property**");

C.  That certain (i) Business Loan Agreement dated as of February 8, 2008 by and among Borrower and Lender; (ii) that certain Promissory Note dated as of February 8, 2008, payable to the order of Lender, in the maximum principal amount of Eighty Two Thousand Five Hundred and 00/100 Dollars ($82,500.00) ("**Muskegon Note**"); (iii) that certain Mortgage dated as of February 8, 2008, made by Borrower for the benefit of Lender and recorded on March 4, 2008 in the Recorder's Office as Document Number 080643307, as assigned by that certain Assignment of Mortgage dated as of November 23, 2010 and recorded on December 14, 2010 in the Recorder's Office as Document No. 1034803062 (collectively herein, the "**Muskegon Mortgage**"), encumbering certain real property, commonly known as 8422 S. Muskegon, Chicago, Cook County, Illinois ("**Muskegon Property**");

D.  That certain (i) Business Loan Agreement dated as of November 30, 2007 by and among Borrower and Lender; (ii) that certain Promissory Note dated as of November 30, 2007, payable to the order of Lender, in the maximum principal amount of One Hundred One Thousand Two Hundred Fifty and 00/100 Dollars ($101,250.00) ("**Lafayette Note**"); (iii) that certain Mortgage dated as of November 30, 2007, made by Borrower for the benefit of Lender and recorded on December 10, 2007 in the Recorder's Office as Document Number 0734433004, as assigned by that certain Assignment of Mortgage dated as of November 23, 2010 and recorded on December 14, 2010 in the Recorder's Office as Document No. 1034803060 (collectively herein, the "**Lafayette Mortgage**"), encumbering certain real property, commonly known as 9416 S. Lafayette, Chicago, Cook County, Illinois ("**Lafayette Property**";

E.  That certain (i) Business Loan Agreement dated as of June 13, 2008 by and among Borrower and Lender; (ii) that certain Promissory Note dated as of June 13, 2008, payable to the order of Lender, in the maximum principal amount of Seventy Eight Thousand and 00/100 Dollars ($78,000.00) ("**Calumet Note**"); (iii) that certain Mortgage dated as of June 13, 2008, made by Borrower for the benefit of Lender and recorded on June 20, 2008 in the Recorder's Office as Document Number 0817211059, as assigned by that certain Assignment of Mortgage dated as of November 23, 2010 and recorded on December 14, 2010 in the Recorder's Office as Document No. 1034803057 (collectively herein, the "**Calumet Mortgage**"), encumbering certain real property, commonly known as 11419 S. Calumet Ave., Chicago, Cook County, Illinois ("**Calumet Property**");

F.  That certain (i) Promissory Note dated as of March 1, 2010, payable to the order of Lender, in the maximum principal amount of Three Hundred Thirty Five Thousand Eight Hundred Thirty One and 28/100 Dollars ($335,831.28) ("**$335,831.28 Note**"); (ii) that certain Mortgage dated as of November 6, 2007, made by Borrower for the benefit of Lender and recorded on November 13, 2007 in the Recorder's Office as Document Number 0731705047, as assigned by that certain Assignment of Mortgage dated as of November 23, 2010 and recorded on December 14, 2010 in the Recorder's Office as Document No. 1034803063 (collectively herein, the "**Coles Mortgage**"), encumbering certain real property, commonly known as 8215 S. Coles, Chicago, Cook County, Illinois ("**Coles Property**"); (iii) that certain Mortgage dated as of February 1, 2008, made by Borrower for the benefit of Lender and recorded on February 25, 2008 in the Recorder's Office as Document Number 0805605286, as assigned by that certain Assignment of Mortgage dated as of November 23, 2010 and recorded on December 14, 2010 in the Recorder's Office as Document No. 1034803058 (collectively herein, the "**Princeton Mortgage**"), encumbering certain real property, commonly known as 11940 S. Princeton, Chicago, Cook County, Illinois ("**Princeton Property**"; (iv) that certain Mortgage dated as of January 25, 2008, made by the Borrower for the benefit of Lender and recorded on February 5, 2008 in the Recorder's Office as Document Number 0803640179, as assigned by that certain Assignment of Mortgage dated as of November 23, 2010 and recorded on December 14, 2010 in the Recorder's Office as Document No. 1034803061 (collectively herein the "**Marquette Mortgage**"), encumbering certain real property commonly known as 8517 S. Marquette Ave., Chicago, Illinois ("**Marquette Property**").