IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                    ) No. 12-29246
                                          )
    ROBERT BENDITZKY                      ) Chapter 7 Bankruptcy
    Debtor.                              )
                                          ) Judge A. Benjamin Goldgar
                                          )

## ORDER AUTHORIZING TRUSTEE TO ABANDON PROPERTY

This cause coming on to be heard on the motion of Robert Benditzky ("Debtor"), Debtor herein, seeking an order directing the Trustee herein, Joseph Cohen, to abandon this estate's right, title and interest in and to the assets of the Debtor consisting of a membership interest in Trident Equities, LLC, ("Trident") an Illinois limited liability company, due notice having been given, no objection to the motion having been made, and the Court being fully advised in the premises:

IT IS HEREBY ORDERED:

A.    that Joseph Cohen, the interim trustee herein, immediately abandon to the Debtor all of this estate's right, title and interest in and to Debtor's membership interest in Trident Equities, LLC, an Illinois limited liability company; and,

B.    ~~that Joseph Cohen, the interim trustee herein, shall execute and deliver such~~ documents, and take such actions as may be necessary to effectuate the ~~abandonment of such property.~~

August ___, 2013                    Enter:

AUG 3 0 2013

IJ6344