UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>ROBERT BENDITZKY<br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 12-29246<br><br>Chapter: 7<br>Honorable A. Benjamin Goldgar |

## ORDER AUTHORIZING TRUSTEE TO ABANDON PROPERTY

This cause coming on to be heard on the motion of Robert Benditzky ("Debtor"), Debtor herein, seeking an order directing the Trustee herein, Joseph Cohen, to abandon this estate's right, title and interest in and to the Debtor's managerial interest in R & R Investments #1, LLC, an Illinois limited liability company, due notice having been given, no objection to the motion having been made, and the Court being fully advised in the premises:

IT IS HEREBY ORDERED:

A. that Joseph Cohen, the interim trustee herein, immediately abandon to the Debtor all of this estate's right, title and interest in and to Debtor's managerial interest in R & R Investments #1, LLC, an Illinois limited liability company;

B. other than the abandonment of Debtor's mangerial interest in R & R Investments #1, LLC, Debtor's membership interest in R & R Investments #1, LLC shall remain unaffected.

C. that Joseph Cohen, the interim trustee herein, shall execute and deliver such documents, and take such actions as may be necessary to effectuate the abandonment of such property.

Enter:

Dated: JAN 1 0 2014

United States Bankruptcy Judge

**Prepared by:**
Richard H. Fimoff, (804886)
Robbins, Salomon & Patt, Ltd.
180 N. LaSalle Street, Ste. 3300
Chicago, Illinois 60602
312-782-9000
rfimoff@rsplaw.com

Rev: 20130103_bko