**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| Case No: | 12-29246  ABG  Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | BENDITZKY, ROBERT JOHN | Date Filed (f) or Converted (c): | 07/24/12 (f) |
| | | 341(a) Meeting Date: | 08/16/12 |
| For Period Ending: | 12/31/13 | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash on hand Location: In debtor's possession | 250.00 | 0.00 | | 0.00 | 0.00 |
| 2. Checking account - Bank Financial Location: In ban | 150.00 | 0.00 | | 0.00 | 0.00 |
| 3. Miscellaneous household goods and furniture Locati | 500.00 | 0.00 | | 0.00 | 0.00 |
| 4. Miscellaneous used books and family pictures Locat | 250.00 | 0.00 | | 0.00 | 0.00 |
| 5. Miscellaneous men's clothing Location: In debtor's | 500.00 | 0.00 | | 0.00 | 0.00 |
| 6. Wedding ring Location: In debtor's possession | 500.00 | 0.00 | | 0.00 | 0.00 |
| 7. Robert Benditzky ILIT Location: In debtor's posses | 46,825.00 | 0.00 | | 0.00 | 0.00 |
| 8. IRA - Citibank C3007397 | 116,099.00 | 0.00 | | 0.00 | 0.00 |
| 9. Roth IRA - Citibank C30077397 Location: With broke | 116,099.00 | 0.00 | | 0.00 | 0.00 |
| 10. 100% Membership interest in Envision Equity Group, | 0.00 | 0.00 | | 0.00 | 0.00 |
| 11. Fractional Real Estate Interests Debtor owns a 1/3 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 12. Global Wind, LLC f/k/a IWT, LLC membership interes | 0.00 | 0.00 | | 0.00 | 0.00 |
| 13. 49.5% memebership interest in Helen Benditzky, LL | 0.00 | 0.00 | | 0.00 | 0.00 |
| 14. membership interest in JB Investments + Holdings, | 0.00 | 0.00 | | 0.00 | 0.00 |
| 15. limited partnership interest in Helen Benditzky FL | 80,000.00 | 0.00 | | 0.00 | 20,000.00 |
| 16. Loan to Rob Baron Amount of Loan: $70,000.00 Uncol | 0.00 | 0.00 | | 0.00 | 0.00 |
| 17. Beneficiary of Robert J Benditzky Trust, which own | 0.00 | 0.00 | | 0.00 | 0.00 |
| 18. 2000 Toyota Camry Location: In debtor's possession | 4,500.00 | 0.00 | | 0.00 | 0.00 |
| 19. Used computers, printer and office equipment Locat | 500.00 | 0.00 | | 0.00 | 0.00 |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)        $366,173.00        $0.00              $0.00        $20,000.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

LFORM1                                                                                          Ver: 17.04c

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

| | | | |
|---|---|---|---|
| Case No: | 12-29246  ABG  Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | BENDITZKY, ROBERT JOHN | Date Filed (f) or Converted (c): | 07/24/12 (f) |
| | | 341(a) Meeting Date: | 08/16/12 |
| | | Claims Bar Date: | |

TRUSTEE HAS REQUESTED BOOKS AND RECORDS FROM THE DEBTOR.  TRUSTEE IS INVESTIGATING THE VALUE OF PROPERTY HELD IN TRUST AND LLC INTERESTS - January 16, 2014.

Initial Projected Date of Final Report (TFR): 03/31/14        Current Projected Date of Final Report (TFR): 08/30/14

LFORM1                                                                                                                                          Ver: 17.04c